# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12960

_____

CMR CONSTRUCTION AND ROOFING, LLC, a/a/o The Orchards Condominium Association, Inc.,

                                       Plaintiff-Appellant,

*versus*

EMPIRE INDEMNITY INSURANCE COMPANY,

                                       Defendant-Appellee,

THE ORCHARDS CONDOMINIUM ASSOCIATION, INC.,

                                       Intervenor-Appellee,

2                          Order of the Court                          24-12960

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 2:20-cv-00917-JES-KCD

_____

ORDER:

The motion for an extension of time to and including March 31, 2025 to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

                              /s/ Robin S. Rosenbaum
                              UNITED STATES CIRCUIT JUDGE