In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-12960

_____

CMR CONSTRUCTION AND ROOFING, LLC,
a/a/o The Orchards Condominium
Association, Inc.,

Plaintiff-Appellant,

*versus*

EMPIRE INDEMNITY INSURANCE COMPANY,

Defendant-Appellee,

THE ORCHARDS CONDOMINIUM ASSOCIATION, INC.,

Intervenor-Appellee,

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 2:20-cv-00917-JES-KCD

ORDER:

The "Opposed Joint Motion to Realign the Parties and Reset the Briefing Schedule" is CARRIED WITH THE CASE. A determination regarding the issue of realignment will be made by the panel to whom this case is submitted after briefing on the merits is completed.

The "Opposed Joint Motion to Reset the Briefing Schedule or, Alternatively, Motion for Extension of Time" and CMR Construction and Roofing, LLC's "Partially Unopposed Motion to Toll Deadline to File Opening Brief" are DENIED as moot.

The Appellant has 30 days from the entry of this order to file its initial brief.

/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE